**Order filed November 10, 2011**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00686-CV

_____

## IN THE MATTER OF THE MARRIAGE OF RACHEL LYNN BEVERLY AND CHAD ASHLEY BEVERLY, Appellant

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-64129**

## O R D E R

The notice of appeal in this case was filed August 8, 2011. The clerk's record was filed November 4, 2011. To date, the filing fee of $175.00 has not been paid. The contest to appellant's affidavit of indigence was sustained. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **December 1, 2011.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM